IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE VIDRA,<br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>THE HERTZ CORPORATION, HERTZ VEHICLE LLC, GENERAL MOTORS COMPANY, ROBERT BOSCH BATTERY SYSTEMS, LLC AND ROBERT BOSCH LLC,<br>　　　　　**Defendants.** | CIVIL ACTION<br><br><br>NO. 18-2939 |

## O R D E R

**AND NOW**, this 4th day of October, 2018, upon consideration of the Hertz Defendants' Motion to Dismiss (ECF Nos. 5, 11) and Plaintiff's opposition thereto (ECF Nos. 8, 13), **IT IS ORDERED** that the Motion is **GRANTED**. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** against the Hertz Defendants.

**IT IS FURTHER ORDERED** that upon consideration of the Bosch Defendants' Motion to Dismiss (ECF Nos. 9, 17) and Plaintiff's opposition thereto (ECF No. 16), **IT IS ORDERED** that the Motion is **GRANTED**. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** against the Bosch Defendants.

**IT IS FURTHER ORDERED** that upon consideration Plaintiff's Motion to Strike (ECF No. 16) and the Bosch Defendants' Response thereto (ECF No. 17), **IT IS ORDERED** that the Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**