IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE VIDRA,<br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, HERTZ VEHICLE LLC, GENERAL MOTORS COMPANY, ROBERT BOSCH BATTERY SYSTEMS, LLC AND ROBERT BOSCH LLC,<br>Defendants. | CIVIL ACTION<br><br>NO. 18-2939 |

FILED
DEC 19 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 18th day of December, 2019, upon consideration of The Hertz Corporation and Hertz Vehicle LLC's Motion for Entry of Judgment (ECF No. 48), and Plaintiff's lack of opposition thereto, the motion is hereby **GRANTED**. Judgment is hereby entered in favor of The Hertz Corporation and Hertz Vehicles LLC and against Plaintiff, George Vidra, on all claims asserted by Plaintiff.

The Clerk of Court **SHALL CLOSE** this case.

BY THE COURT:

_____
WENDY BEETLESTONE, J.